# United States District Court

CENTRAL DISTRICT OF ILLINIOS

UNITED STATES OF AMERICA

v.

JERRY LEE RUPE,

**WAIVER OF INDICTMENT**

FILED
JAN 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL NUMBER: 04-40092

I, Jerry Lee Rupe, the above named defendant, who is accused of

One count of theft of government property, in violation of 18 U.S.C. § 641, and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

1/14/05
Date

prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

S/Jerry Lee Rupe
Jerry Lee Rupe
*Defendant*

S/Steve Hanna
Steve Hanna, Esq.
*Counsel for Defendant*

Before: S/Michael M. Mihm
United States District Judge
*Judicial Officer*