# United States District Court

CENTRAL DISTRICT OF ILLINIOS

UNITED STATES OF AMERICA

v.

JOSEPH E. DEMARLIE,

WAIVER OF INDICTMENT

**FILED**
JAN 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL NUMBER: 04-40092

I, ___Joseph E. DeMarlie___, the above named defendant, who is accused of

One count of making a false statement in a document, in violation of 18 U.S.C. § 1001,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1-14-05___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

S/Joseph E. DeMarlie
Joseph E. DeMarlie
*Defendant*

S./Daniel Churchill
Daniel Churchill, Esq.
*Counsel for Defendant*

Before ___S/Michael M. Mihm___
United States District Judge
*Judicial Officer*