E-FILED
Monday, 18 April, 2005   01:30:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   Criminal No. 04-40092 |
| DIANA LYNN RUPE, JERRY LEE RUPE, and JOSEPH DEMARLIE, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO CONTINUE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby states as follows:

1. This matter is currently set for a sentencing hearing on Friday, April 22, 2005.

2. The Social Security Administration has experienced delays in providing the figures and computations for a final restitution figure in this matter. Accordingly, the Final Presentence Investigation Report has not been completed and provided to the parties.

3. A continuance of the sentencing is necessary until the Probation Office receives the correct restitution figures from the Social Security Administration, and can prepare the Final Presentence Report.

4. The undersigned Assistant United States Attorney has contacted counsel for the defendants, who indicated that they do not object to the government's request to continue the sentencing hearing.

5. This request is not intended for purpose of delay, but in order ensure a just and efficient disposition to the defendants' cases.

WHEREFORE, the government respectfully requests that the sentencing hearing be continued until seven days after the Final Presentence Report is issued.

    Respectfully submitted,

    Jan Paul Miller
    United States Attorney

BY:    /s/ John K. Mehochko
    John K. Mehochko
    Assistant United States Attorney
    1830 Second Avenue, Third Floor
    Rock Island, Illinois 61201
    Telephone (309) 793-5884

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on April 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Daniel S. Churchill and Steven W. Hanna.

    /s/ John K. Mehochko
    John K. Mehochko
    Assistant United States Attorney