**E-FILED**
Wednesday, 27 July, 2005  01:54:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) COURT NO. |
| v. | ) 04-40092-002 |
| | ) |
| Joseph E. DeMarlie, | ) |
| | ) |
| Defendant. | ) |

## <u>SATISFACTION OF MONETARY JUDGMENT</u>

The Monetary Judgment in the above-entitled case has been paid in full,

therefore the Clerk of the United States District Court for the Central District of Illinois is

authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: July 27, 2005

s/Elizabeth L. Collins

By:    Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Joseph E. DeMarlie
303 N. Main
Reynolds, IL 61279

July 27, 2005

s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax:  217-492-4888
E-Mail: Beth.Collins@usdoj.gov